IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Charles Ocean, ) | C/A No.: 0:13-cv-3615-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On January 7, 2015, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. On January 16, 2015, Defendant filed a response to the motion indicating no objection to the payment of the requested EAJA fees.[1] The parties have agreed to an EAJA award of **$3,977.35** in attorney's fees to be paid by the United States Social Security Administration. Defendant indicates that fees awarded are subject to the Treasury Offset Program if the prevailing party owes a debt to the government.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of **$3,977.35** in attorney's fees pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), and mailed to his attorney, with a copy to the claimant.

---

[1] Defendant indicates that its agreement to this EAJA award should not be used as precedent nor construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

**IT IS SO ORDERED**.

January 20, 2015
Florence, South Carolina

    s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge